# EXHIBIT A

Know all men by these presents, that Mortgage Electronic Registration Systems, Inc., with a mailing address of 1818 Library Street, Suite 300, Reston, VA 20190 does hereby grant, bargain, sell, assign, transfer, and set over to BAC Home loans Servicing, LP FKA Countrywide Home Loans Servicing LP with a mailing address of 7105 Corporate Drive, Plano, TX 75024 and its successors and assigns, all interest under that certain mortgage to Mortgage Electronic Registration Systems, Inc. from Emillio D. Aceto and Valerie A. Aceto, dated November 18, 2005 and recorded November 21, 2005 in Volume 1699 at Page 694 of the Coventry Registry of Deeds.

In Witness Whereof, the Assignor has duly executed this instrument this 13th day of July 2010.

RE: 37 Hornbeam Rd. Coventry

Signed, Sealed and Delivered
in the Presence of:

Witness TRACEY L. WOLFF

Witness LINDA H. F. PORTER

Mortgage Electronic Registration Systems, Inc.

By: _____
Randall S. McHugh
Its VICE PRESIDENT

STATE OF CONNECTICUT :

COUNTY OF HARTFORD : SS FARMINGTON

On this 13th day of July 2010, personally appeared Randall S. McHugh, who is known to me to be the person who executed the foregoing instrument as the VICE PRESIDENT, of the Corporation that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said Corporation, before me.

Notary Public
My Commission Expires:

TRACEY L WOLFF
NOTARY PUBLIC
MY COMMISSION EXPIRES:
JULY 31, 2012

TOWN OF COVENTRY, R.I.
Jul 16,2010 10:40:01A
Cheryl A George, TOWN CLERK