UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Emilio D. Aceto and
Valerie A. Aceto

VS.                                                            CA NO.: 10-481M

American Brokers Conduit;
Mortgage Electronic Registration
Systems, Inc.; BAC Home Loan Servicing,
LP; and Bendett & McHugh

## AFFIDAVIT OF SERVICE

Now comes Rosemarie Medeiros, Office Manager, Law Office of George E. Babcock, and hereby deposes and says as follows:

1. That on or about October 28, 2010, I caused to be mailed a true and accurate copy of the within Summons with the Complaint to:

   a)   American Brokers Conduit, 538 Broadhollow Road, Melville, NY 11747

   b)   Mortgage Electronic Registration Systems, Inc., P O Box 2026, Flint, MI 48501

   c)   BAC Home Loan Servicing, LP, 7105 Corporate Drive, Plano, TX 75024

   d)   Bendett & McHugh, 160 Farmington Avenue, Farmington, CT 06032

2. The aforesaid summons and complaint were mailed by USPS Certified Mail. (See Certified Mail Receipt Attached hereto)

3. Attached hereto are the Green Card and/ or the Track & Confirm Notice from the USPS that proves that the Summons and Complaint was delivered to the addressee on or about November 01, 2010.

4. Attached hereto is the Green Card that was attached to the mailing. It was signed for by the addressee.

**WITNESS MY HAND AND SEAL THIS** \_\_14\_\_ **DAY OF MARCH, 2013.**

_____
Rosemarie Medeiros

**SWORN TO AND SUBSCRIBED BEFORE ME THE** \_\_14\_\_ **DAY OF MARCH, 2013.**

_____
Notary Public

Exp. Date: \_\_6/15/15\_\_

## **CERTIFCATION**

    I, Rosemarie Medeiros, certify that the above was filed using CM/ECF System on the ___14___ day of March, 2013.

                                                      /s/ Rosemarie Medeiros
                                                      Rosemarie Medeiros

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Gary
C. Date of Delivery: 11/4/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

MERS, Inc.
1818 Library Street
Suite 300
Reston, VA 20190

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0002 4208 4481

PS Form 3811, February 2004   Domestic Return Receipt   E. Acuto   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 11/1/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

American Brokers Conduit
538 Broadhollow Road
Melville, NY 11747

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0002 4208 4313

PS Form 3811, February 2004   Domestic Return Receipt   E. Acuto   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Keily Escalera
C. Date of Delivery: NOV 01 201[?]

1. Article Addressed to:

BAC Home Loans Servicing
C/o Bank of America, NA
ATTN: AZ1-200-20-35
P.O. Box 29961
Phoenix, AZ 85038

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0002 4208 4306

PS Form 3811, February 2004    Domestic Return Receipt   E. Aceto    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Spann
☐ Agent
☐ Addressee

B. Received by (Printed Name): M. Spann
C. Date of Delivery: 1/1/1[?]

1. Article Addressed to:

Bendett & McHugh, PC
160 Farmington Avenue
Suite 2
Farmington, CT 06032

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0002 4208 4498

PS Form 3811, February 2004    Domestic Return Receipt   E. Aceto    102595-02-M-1540